UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

Nelson v. Keep Smiling Dental PA
8:21-cv-189-VMC-JSS

| **Date**: June 10, 2022 | **Court Reporter**: Bill Jones (Opening session only) |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 9:04 AM – 11:52 AM \| Total: 3 hrs and 1:31 PM – 2:01 PM  18 Mins | **Deputy Clerk**: Clara Reaves |
| **Plaintiff's Counsel** | **Defense Counsel** |
| William Gadd, Esq.  Kyle James Lee, Esq. | James Thompson, Esq.  Antonio Dowels, Esq. |
| **Settlement Conference** ||

Plaintiff's counsel and Defendant's counsel present with their respective clients, Shykia Nelson (Plaintiff) and Dr. Laura Habner (Defendant's corporate representative). All parties appeared by Zoom videoconference.

Parties identified themselves for the record.

Opening session in main Zoom room.

Plaintiff and Defendant make opening statements on the record.

Break-out sessions with respective parties in Zoom break out rooms.

9:04 AM- 11:52 AM

Lunch Recess: 11:52 AM – 1:30 PM

1:31 PM- Back in session

Parties have reached a settlement.

Mediation report to follow.